# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

Diversitex, Inc.,                )
                                 )
       Plaintiff,        )
                                 )
v.                               )      **Case No. 3:12-cv-00889-HEH**
                                 )
STEPS, Inc.,                     )
                                 )
       Defendant.        )

## ANSWER TO AMENDED COMPLAINT

COMES NOW the defendant STEPS, Inc. ("STEPS"), by counsel, and for its Answer to plaintiff's Amended Complaint states as follows:

1. The defendant admits the allegations contained in paragraph 1 of the plaintiff's Amended Complaint.

2. The defendant admits the allegations contained in paragraph 2 of the plaintiff's Amended Complaint.

3. The defendant admits the allegations contained in paragraph 3 of the plaintiff's Amended Complaint.

4. The defendant admits the allegations contained in paragraph 4 of the plaintiff's Amended Complaint.

5. The defendant admits the allegations contained in paragraphs 5 of the plaintiff's Amended Complaint.

6. The defendant admits the allegations contained in paragraphs 6 of the plaintiff's Amended Complaint.

7. Regarding paragraph 7 of the plaintiff's Amended Complaint, the defendant admits that certain goods were ordered, but has no knowledge of the amount or quantity of "Ordered Goods" referred to in plaintiff's Amended Complaint and therefore, denies same and demands strict proof thereof.

8. Regarding paragraph 8, the defendant denies that it has failed and refused to pay the plaintiff. The defendant admits that there are amounts owed to the plaintiff, but not as stated by the plaintiff. The defendant demands strict proof and accounting of any and all invoices or amounts alleged to be owed.

9. The defendant denies the allegations contained in paragraphs 9 and 10 of the plaintiff's Amended Complaint and demands strict proof thereof. The defendant specifically denies owing pre and post-judgment interest and costs.

10. The defendant denies all claims and allegations by plaintiff not specifically admitted, herein.

11. The defendant denies that plaintiff is entitled to the relief requested.

WHEREFORE, the defendant prays that this matter be dismissed and that it be awarded its costs and attorney's fees expended herein.

    /s/ Frank F. Rennie, IV  
Frank F. Rennie, IV  
Virginia Bar Number 23626  
Attorney for STEPS, Inc.  
CowanGates PC  
1930 Huguenot Road  
Richmond, Virginia 23235  
Phone: 804-320-9100  
Fax: 804-320-2950  
frennie@cowangates.com

2

**CERTIFICATE**

    I hereby certify that on January 10, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Andrew L. Cole, Esq., VSB No. 48180
    Franklin & Prokopik
    The B&O Building
    Two N. Charles St., Suite 600
    Baltimore, MD 21201
    (410) 752-8700
    (410) 752-6868 (Fax)
    acole@fandpnet.com

    and

    Rebecca L. Dannenberg, Esq., VSB No. 46787
    Franklin & Prokopik
    2325 Dulles Corner Boulevard, Suite 1150
    Herndon, VA  20171
    (703) 793-1800
    (703) 793-0298 (fax)
    rdannenberg@fandpnet.com

    *Counsel for Plaintiff*

    /s/ Frank F. Rennie, IV
    Frank F. Rennie, IV
    Virginia Bar Number 23626
    Attorney for STEPS, Inc.
    CowanGates PC
    1930 Huguenot Road
    Richmond, Virginia 23235
    Phone:  804-320-9100
    Fax:  804-320-2950
    frennie@cowangates.com